# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHAUNDRELL HUBBARD**                                                      **PLAINTIFF**
ADC #170416

**v.**                              **CASE NO. 4:21-CV-00932-BSM**

**KENTARIOUS TATE,** *et al.*                                          **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's

proposed findings and recommendations [Doc. No. 44] are adopted.  Defendants' motion for

partial summary judgment [Doc. No. 29] is granted, and Shaundrell Hubbard's claims against

Josh Peyton, Aubrey Walker, Randy Rice, Keith Williams, Syed Shah, and Dwight Merrel

are dismissed without prejudice for failure to exhaust.  Accordingly, those defendants are

dismissed.

IT IS SO ORDERED this 4th day of April, 2022.


_____
UNITED STATES DISTRICT JUDGE