## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHAUNDRELL HUBBARD**                                                                     **PLAINTIFF**
*ADC #170416*

**v.**                              **CASE NO. 4:21-cv-00932-BSM**

**KENTARIOUS TATE**                                                                     **DEFENDANT**

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 68] is adopted. Kentarious Tate's motion for summary judgment [Doc. No. 54] is granted in part and denied in part. Shaundrell Hubbard's official capacity claims are dismissed with prejudice. Hubbard's claim that Tate used excessive force against him in the hallway is also dismissed with prejudice. Hubbard may proceed with all remaining claims.

IT IS SO ORDERED this 2nd day of September, 2022.


                                                          UNITED STATES DISTRICT JUDGE