IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAUNDRELL HUBBARD,                                                                 PLAINTIFF
ADC #170416

v.                                          4:21CV00932-BSM-JTK

KENTARIOUS TATE, et al.                                                          DEFENDANTS

## ORDER

The discovery and dispositive motions deadlines in this case have passed. (Doc. No. 12). Plaintiff Shaundrell Hubbard's excessive force claims against Defendant Kentarious Tate remain pending. (Doc. Nos. 68, 69). Defendant Tate has requested a jury trial. (Doc. No. 7 at 4). The parties, however, have not consented to proceed before a United States Magistrate Judge. This case is now ready to be set for trial before United States District Judge Brian S. Miller.

IT IS SO ORDERED this 16th day of September, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE