IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAUNDRELL HUBBARD ADC# 170416**                                **PLAINTIFF**

v.                      **CASE NO. 4:21-CV-00932-BSM-JTK**

**KENTARIOUS TATE**                                             **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Shaundrell Hubbard, by and through his attorney, Nicki Nicolo, and Defendant Kentarious Tate, by and through his attorneys, Attorney General Tim Griffin and Senior Assistant Attorney General Amber Schubert, represent and affirm to this Court that the above-styled cause of action has been amicably resolved and request that the trial set for the week of June 26, 2023, be removed from the docket. The parties will move for dismissal once the settlement agreement has been signed by all parties.

                                               Respectfully submitted,

                                               TIM GRIFFIN
                                               Attorney General

By:     Amber Schubert
        Ark. Bar No. 2009150
        Senior Assistant Attorney General
        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone: (501) 682-1319
        Email: amber.schubert@arkansasag.gov
        *Attorneys for Defendant*

and     Nicki Nicolo
        Law Offices of Nicki Nicolo, PLLC
        P.O. Box 216
        North Little Rock, AR 72115
        Phone: (501) 353-0371
        Email: nicololaw@gmail.com
        *Attorney for Plaintiff*