**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHAUNDRELL HUBBARD**                                                          **PLAINTIFF**
**ADC #170416**

**v.**                                     **CASE NO. 4:21-CV-00932-BSM**

**KENTARIOUS TATE**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of June, 2023.


_____
UNITED STATES DISTRICT JUDGE